The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON,
## AT SEATTLE

EVANSTON INSURANCE COMPANY,

Plaintiff,

vs.

CERTAIN UNDERWRITERS AT LLOYD's, LONDON

Defendant.

Cause No. 2:16-CV-00755-JLR

**ORDER GRANTING STIPULATED MOTION RE EXTENSION OF THE HEARING DATE ON DEFENDANT'S MOTION TO STAY**

[PROPOSED]

Based upon the Stipulated Motion Re Extension of the Hearing Date on Defendant's Motion to Stay, the Court grants the motion and ORDERS as follows: The hearing date on Defendant's Motion to Stay (Dkt. No. 26) is extended by three weeks, to Friday, April 7, 2017, with Defendant's reply brief also due on Friday, April 7, 2017.

DATED this 17th day of March, 2017.

_____
Honorable James L. Robart
U.S. DISTRICT COURT JUDGE

ORDER GRANTING STIPULATED MOTION RE EXTENSION OF THE
HEARING DATE ON DEF'S MOTION TO STAY [PROPOSED] – 1
USDC WD WA/SEA CAUSE NO. 2:16-CV-00755-JLR

8025.00002 jc17bw22ny

Presented By:

| SELMAN BREITMAN LLP | SOHA & LANG, P.S. |
|---|---|
| By: */s/ Justin Landreth(as authorized)*<br>    Peter J. Mintzer, WSBA No. 19995<br>    Email:  pmintzer@selmanlaw.com<br>    Justin Landreth, WSBA No. 44849<br>    Email:  jlandreth@selmanlaw.com<br>    800 Fifth Avenue, Suite 4100<br>    Seattle, WA 98104<br>    Telephone:  206-447-6461<br>    Facsimile:  206-588-4185<br>    Attorneys for Plaintiff Evanston Insurance Company | By: */s/ Geoffrey Bedell*<br>    Steven Soha, WSBA No. 9415<br>    Email address soha@sohalang.com<br>    Geoffrey Bedell, WSBA No. 28837<br>    Email address bedell@sohalang.com<br>    Soha & Lang, P.S.<br>    1325 Fourth Avenue, Suite 2000<br>    Seattle, WA 98101<br>    Telephone:  206-624-1800<br>    Facsimile:   206-624-3585<br>    Substituting Attorneys for Defendant Certain Underwriters at Lloyd's, London |

ORDER GRANTING STIPULATED MOTION RE EXTENSION OF THE
HEARING DATE ON DEF'S MOTION TO STAY  [PROPOSED] – 2
USDC WD WA/SEA CAUSE NO.  2:16-CV-00755-JLR

8025.00002 jc17bw22ny